

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

1/9/20

Re: Taylor v. National Collegiate Athletic Association et al
USDC Number:  1:19-cv-04651

MDL Number:  2492

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC Indiana Southern.  The case number assigned to the above case is 1:20-cv-00043. Judge John Z. Lee is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

Sincerely,
Thomas G. Bruton, Clerk

By:  /s/ Kerwin Posley
Deputy Clerk